49,474-05

October 23, 2015

Valentin Moreno, Jr.
788216, Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Abel Acosta, clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

*30 days granted to
amend application
PC
11-5-15*

Re: Writ No. 49,474-05
    Ex Parte Valentin Moreno, Jr.

Dear Mr. Acosta:

Enclosed you will find "Applicant's Motion For Leave And To Stop Writ Of
Habeas Corpus Review", to be filed in the above referenced case. Please
bring the same, to the attention of the Court, as soon as possible.

Thank you for your time, attentin and assistance, in this urgent matter.

Respectfully,

*Valentin Moreno Jr.*

cc:file

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN TEXAS

Ex parte                                §

VALENTIN MORENO, JR.                     §          Writ No. 49,474-05

Applicant                                §


### APPLICANT'S MOTION FOR LEAVE AND TO STOP
### WRIT OF HABEAS CORPUS REVIEW

TO THE MOST HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, VALENTIN MORENO, JR., Applicant, Pro Se in the above referenced cause and respectfully files: "Applicant's Motion For Leave And To Stop Writ Of Habeas Corpus Review." In support, thereof, Applicant would show the following:

## I.
## JURISDICTION

This most Honorable Court posses exclusive habeas corpus jurisdiction over the parties and subject-matter, herein, pursuant to Chapter 11 in the Texas Code of Criminal Procedure Ann. (Vernon 2015).

## II.
## STATEMENT OF CURRENT FACTS

1. Applicant filed a successive writ of habeas corpus, on June 15, 2015. In part, challenging his conviction with newly discovered and obtained credible scientific evidence.

2. The Attorney representing the State, filed the State's Original Response and Answer, on July 8, 2015.

3. The trial court entered Findings of Fact, Conclusions of Law, Recommendation and Order, on July 20, 2015.

4. The successive writ, was presented to this Honorable Court, on September 22, 2015. Where it is currently pending.

Page 1.

## III.
## REASON FOR CURRENT MOTION

Applicant respectfully and urgently, moves to "STOP" habeas corpus review, because he failed to present his arguments and claims under "new" Article 11.073 of the Code of Criminal Procedure, in the required Pages of the habeas corpus 'application form'.

Applicant's scientific related arguments and claims, are mentioned repeatedly in his Memorandum and he cites Article 11.073 on Page 4, of the application form. But, those scientific arguments are not found in the required pages of the form application.

Along with this motion, Applicant is filing an Emergency Motion to Amend Application for Writ of Habeas Corpus. Applicant only seeks to amend, the Application form.

Applicant does not file this motion, simply to delay, this Honorable Court's review of his habeas corpus application. The application, memorandum in support and the scientific related evidence with the appendix, show, that Applicant had all the intentions, to have his scientific related arguments and claims under Article 11.073 evaluated by this Honorable Court.

In the interest of justice, Applicant's actual innocence claim, and to avoid a miscarriage of justice, Applicant sincerely pleads for forgiveness of this error, habeas review stoped, so that he may amend the application form.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully prays this most Honorable GRANT, this Motion for Leave and to Stop habeas corpus review.

Signed on this 23rd day of October, 2015.

Respectfully Submitted,

Valentin Moreno, Jr., Applicant
788216, Robertson Unit
12071 FM 3522
Abilene, Texas 79601

Page 2.

## VERIFICATION

I, Valentin Moreno, Jr., do herebu verify under the penalty of perjury that the statements in this motion, are true and correct, ae well being offered in good faith.

Signed on this 23rd day of October , 2015

Valentin Moreno, Jr.


## CERTIFICATE OF SERVICE

I, Valentin Moreno, Jr., do herebu certify that the original copy of Applicant's motion for Leave and to Stop Writ of Habeas Corpus Review, was sent via U.S. 1st Class Mail to Abel Acosta, Clerk for the Court of Criminal Appeals. With notice of the foregoing, sent to the attorney representing the State Michael W. Morris.

Done on this 23rd day of October , 2015.

Valentin Moreno, Jr.